IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA BROWN, on behalf of herself and her minor son, R.P. | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| THE SCHOOL DISTRICT OF PHILADELPHIA, | : | No. 11-6019 |
| Defendant. | : | |

## ORDER RE: DEFENDANT'S MOTION TO DISMISS

AND NOW, on this 26th day of July, 2012, upon careful consideration of Defendant the School District of Philadelphia's Motion to Dismiss Plaintiff Victoria Brown's Rehabilitation Act and ADA Claims (ECF No. 6), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and Plaintiff's Response in Opposition thereto, and for the reasons set forth in the accompanying Memorandum of Law, it is hereby ORDERED that Defendant's Motion to Dismiss is DENIED.

BY THE COURT:

/s/ Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\CIVIL 11\11-6019 Brown v. School District of Philadelphia\Order re MTD.wpd