# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTORIA BROWN, on Behalf of Herself and her Minor Son, R.P.,** <br> Plaintiff, <br><br> v. <br><br> **THE SCHOOL DISTRICT of PHILADELPHIA,** <br> Defendant. | **CIVIL ACTION NO. 11-6019** |

## ORDER

**AND NOW**, this 11th day of April, 2013, upon consideration of Plaintiff's Motions to Compel the Production of Documents and Information (ECF 31 & 35), Plaintiff's Motion to Expand the IDEA Record (ECF 34), Defendant's Responses in Opposition (ECF 36, 38, 40), and Plaintiff's Reply (ECF 39), and for the reasons set forth in the accompanying Memorandum of Law, it is hereby ORDERED:

1. Plaintiff's Motion to Expand the IDEA Record (ECF 34) is GRANTED IN PART and DENIED IN PART. The specific items that will be admitted to supplement the administrative record are detailed in the accompanying Memorandum of Law.

2. Plaintiff's Motions to Compel the Production of Documents and Information (ECF 31 & 35) are GRANTED IN PART and DENIED IN PART. Defendant shall produce the discovery items requested by Plaintiff in the Motions to Compel, but subject to the Court's limitations as to how the IDEA record will be expanded, as set forth in the accompanying Memorandum of Law. To the Court's understanding, this should

resolve all of the issues in the Motions to Compel except those surrounding whether Defendant's answers to the Request for Admission are sufficiently responsive.

3. The parties shall confer and attempt to resolve any outstanding dispute regarding the Request for Admissions. If a resolution is not possible, they should notify the Court in short order.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**Michael M. Baylson, U.S.D.J.**

O:\SARA\ORDER - BROWN V. SCHOOL DIST MOTION TO EXPAND.DOCX